Filed 7/24/24  P. v. Wright CA4/1

# NOT TO BE PUBLISHED IN OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## COURT OF APPEAL, FOURTH APPELLATE DISTRICT

## DIVISION ONE

## STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>FRED JASON WRIGHT,<br><br>    Defendant and Appellant. | D082770<br><br><br>(Super. Ct. No. SCN189797) |

APPEAL from a judgment of the Superior Court of San Diego County, Lisa R. Rodriguez, Judge.  Affirmed.

Fred Jason Wright, in pro. per.; Bruce L. Kotler, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

In 2006, Fred Jason Wright was sentenced to an indeterminate term of 25 years to life for residential burglary with three strike priors plus 20 years for four serious felony prior convictions (Pen. Code, [1] § 667, subd. (a)(1)) and one year for a prison prior (§ 667.5, subd. (b)).

---

1      All statutory references are to the Penal Code.

In 2022, Wright filed a motion to modify his sentence in light of Senate Bill No. 483. The court appointed counsel and held a hearing on the motion.

The court found the prison prior (§ 667.5, subd. (b)) was no longer valid and struck it. The court denied Wright's request to strike the "strike" priors but struck three of the four serious felony priors, which were part of the original sentence. The revised sentence was 25 years to life plus five years for the remaining serious felony prior.

Wright filed a timely notice of appeal.

Appellate counsel has filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*) indicating counsel has not been able to identify any arguable issues for reversal on appeal. Counsel asks the court to independently review the record for error as mandated by *Wende*. We advised Wright he could file is own brief on appeal. He has responded with a supplemental brief. Wright's submission does not raise any potentially meritorious issues for reversal of the appeal.

The facts of the underlying offenses are not relevant to the analysis of this appeal. We will omit a statement of facts.

## DISCUSSION

As we have noted, appellate counsel has filed a *Wende* brief and asks the court to independently review the record for error. To assist the court in its review, and in compliance with *Anders v. California* (1967) 386 U.S. 738 (*Anders*), counsel has identified two possible issues that were considered in evaluating the potential merits of this appeal:

1. Whether the court abused its discretion in failing to strike the "strike priors" to avoid a life sentence.

2. Whether the court abused its discretion by refusing to strike all of the serious felony priors.

We have independently reviewed the record for error as required by *Wende* and *Anders*. We have not discovered any arguable issues for reversal on appeal. Competent counsel has represented Wright on this appeal.

DISPOSITION

The judgment is affirmed.


HUFFMAN, Acting P. J.

WE CONCUR:


BUCHANAN, J.


RUBIN, J.

3